UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00119-BR

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) | ORDER |
|  | ) |  |
|  | ) |  |
| KEVIN AUSTIN KIRBY, | ) |  |
| Defendant | ) |  |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 18 May 2011.

_____
W. Earl Britt
Senior U.S. District Judge