**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO.: 5:11-CR-119-1**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| | ) | **REASSIGNMENT ORDER** |
| **vs.** | ) | |
| | ) | |
| **Kevin Austin Kirby** | ) | |
| | ) | |

      At the direction of the Court and for the continued efficient administration of justice, the above captioned case is  hereby reassigned to the Honorable James C. Fox, Senior U.S. District Judge to conduct all proceedings in this matter.  All future pleadings should reflect the revised case number **5:11-CR-119-F-1**

      SO ORDERED, this the 23rd  day of May, 2011.

      /s/ Dennis P. Iavarone
Clerk of Court
