UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:11-CR-00119-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN AUSTIN KIRBY | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the revocation hearing in the above case, presently scheduled for November 9, 2012, in Wilmington. The case is hereby CONTINUED to the April 1, 2013, term in Wilmington, North Carolina.

This 29th day of October 2012.

*James C. Fox*
James C. Fox
Senior U.S. District Judge